**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
MAY 0 5 2009
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | NO. 1 09-CR-224 |
| CHRISTOPHER PRESSLEY, a/k/a Daddy, a/k/a C.P., a/k/a Cpeezy, a/k/a CP the young Don, a/k/a The Don, a/k/a Super Swag Shawty, a/k/a Papi | : | |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>

Beginning on or about a date unknown to the grand jury and continuing until on or about February 20, 2009, in the Northern District of Georgia, the defendant CHRISTOPHER PRESSLEY, also known as Daddy, also known as C.P., also known as Cpeezy, also known as CP the young Don, also known as the Don, also known as Super Swag Shawty, also known as Papi, aided and abetted by persons known and unknown to the grand jury, did knowingly recruit, entice, harbor, transport, provide and obtain by any means, in and affecting interstate commerce, a minor under the age of 18 years, namely "K.H.", knowing that "K.H." had not attained the age of 18 years and knowing that "K.H." would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a), (b)(2) and 2.

## FORFEITURE PROVISION

This indictment charges the defendant, CHRISTOPHER PRESSLEY, also known as Daddy, also known as C.P., also known as Cpeezy, also known as CP the young Don, also known as the Don, also known as Super Swag Shawty, also known as Papi, with a violation of Title 18, United States Code, Section 1591, and upon conviction of such violation of law, pursuant to 18 U.S.C. § 1594, the defendant shall forfeit to the United States any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offenses, and any property, real or personal, that constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offenses. If any of the forfeitable property, as a result of any act or omission of the defendant:

    (a)  cannot be located upon the exercise of due diligence;

    (b)  has been transferred or sold to, or deposited with, a third party;

    (c)  has been placed beyond the jurisdiction of the court;

    (d)  has been substantially diminished in value; or

    (e)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture

of any other property of said defendant(s) up to the value of the forfeitable property.

A _*true*_ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

*Zahra S. Karinshak*
ZAHRA S. KARINSHAK
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000 (telephone)
404/581-6181 (facsimile)
Georgia Bar No. 407911