IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 1:09-CR-224-RWS |
| | : | |
| CHRISTOPHER PRESSLEY | : | |

GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

It appearing in the above-styled case, that Defendant having pled to Criminal Information 1:10-CR-261; the Indictment, filed May 5, 2009, charging a violation of 18 U.S.C. Section(s) 1591(a),(b)(2) & 2, is dismissed and Movant prays leave of Court to file the same.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

By: _/s/ Zahra S. Karinshak_
ZAHRA S. KARINSHAK
ASSISTANT UNITED STATES ATTORNEY
(404)581-6324
FAX: (404)581-6181
Georgia Bar No. 407911

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

O R D E R

Now, to-wit, on the 7th day of October, 2010, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_/s/ Richard W. Story_
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE